# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| RONALD HILLMAN, AN INDIVIDUAL, Petitioner, vs. THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; THE HONORABLE ROB BARE, DISTRICT JUDGE; AND THE HONORABLE ADRIANA ESCOBAR, DISTRICT JUDGE, Respondents, and SUSAN PROCTOR, AN INDIVIDUAL; AND KAY MEDRANO, AN INDIVIDUAL, Real Parties in Interest. | No. 77387 |



FILED

DEC 13 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## *ORDER DENYING PETITION*

This petition for a writ of mandamus or prohibition challenges a district court order that dissolves a partnership and directs the parties to sell the partnership's sole asset—an apartment located in another State. The petition primarily takes issue with whether the district court had jurisdiction to order the parties to sell the apartment. As such, the appropriate writ is for prohibition, not mandamus. *Compare* NRS 34.160 (scope of mandamus), *with* NRS 34.320 (scope of prohibition). Having considered the petition, we are not convinced that our intervention is warranted. *See Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677,

18-908512

818 P.2d 849, 851 (1991) ("[T]he issuance of a writ of . . . prohibition is purely discretionary with this court."). Accordingly, we

ORDER the petition DENIED.

_____ , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

cc:    Hon. Rob Bare, District Judge
Hon. Adriana Escobar, District Judge
The Law Office of Mike Beede, PLLC
LBC Law Group
Eighth District Court Clerk